RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE /20/2010
BY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| KEITH R. KENNEDY | CIVIL ACTION NO. 09-1664 |
| VERSUS | JUDGE ROBERT G. JAMES |
| BURL CAIN, WARDEN | MAGISTRATE JUDGE HAYES |

## JUDGMENT

For the reasons stated in this Court's Ruling and in the Report and Recommendation of the Magistrate Judge [Doc. No. 5], to the extent adopted by this Court, and, after having considered the record in this matter, including the objection to the Report and Recommendation [Doc. No. 6], the Court finds that the Magistrate Judge's analysis adopted by the Court is correct. Therefore,

IT IS ORDERED, ADJUDGED, AND DECREED that *pro se* petitioner Keith R. Kennedy's petition for writ of *habeas corpus* is DISMISSED WITH PREJUDICE as time barred by the provisions of 28 U.S.C. § 2244(d).

MONROE, LOUISIANA, this 20 day of January, 2010.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE