RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 2/11/10
BY _____

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

| | |
|---|---|
| **KEITH R KENNEDY** | **CIVIL ACTION NO. 3:09CV1664** |
| **VERSUS** | **JUDGE JAMES** |
| **WARDEN LSP** | **MAGISTRATE JUDGE HAYES** |

### CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

✓ The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

__ The certificate of appealability is GRANTED for the below reasons:

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right:

Signed at _____Monroe_____, Louisiana, this _9_ Day of _February_ 2010.

Robert G. James
UNITED STATES DISTRICT JUDGE